FILED BY SCA D.C.
SEP 24 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**NICK MILETAK-IN PRO PER**

**Plaintiff,**

**v.** **CASE NO.:** 2:26-cv-14318-BBG

**POINT DIGITAL FINANCE, INC.,**

**Defendant.**

______________________________________/

**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)**

Plaintiff Nick Miletak, proceeding pro se, respectfully requests that the Clerk enter default against Defendant Point Digital Finance, Inc. pursuant to Federal Rule of Civil Procedure 55(a). In support, Plaintiff states:

1. Plaintiff filed the Complaint for Damages and Demand for Jury Trial on August 24, 2026. (ECF No. 1.)

2. The Clerk issued a summons directing Defendant to serve an answer or a motion under Federal Rule of Civil Procedure 12 within 21 days after service of the summons.

3. On August 27, 2026, Defendant Point Digital Finance, Inc. was personally served through CT Corporation, its agent for service of process, at 330 N. Brand Blvd., Suite 700, Glendale, California 91203. The process server states that the Summons and Complaint were delivered to Angelica Bautista, Intake Specialist, at 11:14 a.m. A copy of the Proof of Service is attached as **Exhibit A.**

4. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's response was due 21 days after service. Excluding the day of service under Rule 6(a)(1), Defendant's response was due

September 17, 2026.

5. As set forth in the accompanying Declaration of Nick Miletak, and subject to Plaintiff's verification of the docket immediately before filing this Request, Defendant has not filed an answer, a Rule 12 motion, or another response to the Complaint, and no extension of the response deadline appears on the docket.

6. Federal Rule of Civil Procedure 55(a) provides that when a party against whom affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the Clerk must enter the party's default.

7. Defendant's time to plead or otherwise defend has expired. Plaintiff therefore respectfully requests entry of default against Point Digital Finance, Inc.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant Point Digital Finance, Inc. pursuant to Federal Rule of Civil Procedure 55(a).

DATED: September 22, 2024

/s/ Nick Miletak

Nick Miletak
Plaintiff, Pro Se
256 Southwest Ridgecrest Drive
Port St. Lucie, Florida 34953
Email: nmiletak@msn.com
Telephone: 408-533-5689

# EXHIBIT A

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Nick Miletak<br>256 SW Ridgecrest Drive<br>Port Saint Lucie, FL 34953<br>*Telephone No:* 408-369-9696<br>*Attorney for:* Plaintiff<br>*Ref. No. or File No.:* | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Southern District Of Florida | |
| *Plaintiff:* Nick Miletak<br>*Defendant:* Point Digital Finance, Inc. | |

| **PROOF OF SERVICE**<br>**Summons in a Civil Action** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:26-CV-14318-BBG |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint

3. *a. Party served:* Point Digital Finance, Inc., by serving CT Corporation, Agent
   *b. Person served:* Angelica Bautista, Intake Specialist

4. *Address where the party was served:* 330 N Brand Blvd.
   #700
   Glendale, CA 91203

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Aug. 27, 2026 (2) at: 11:14AM

7. ***Person Who Served Papers:***
   a. Jorge Rivera
   **b. Bender's Legal Service, Inc.**
   1625 The Alameda
   Suite 511
   San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $100.00
   e. I am: (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:* 4690
   *(iii) County:* Los Angeles

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

*Date: Fri, Aug. 28, 2026*

(Jorge Rivera)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**NICK MILETAK-IN PRO PER**

**Plaintiff,**

**v.** **CASE NO.:** 2:26-cv-14318-BBG

**POINT DIGITAL FINANCE, INC.,**

**Defendant.**

______________________________/

## DECLARATION OF NICK MILETAK IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

I, Nick Miletak, declare as follows:

1. I am the Plaintiff in this action, proceeding pro se. I have personal knowledge of the matters stated in this declaration, except where stated on information derived from the Court's docket.

2. I filed the Complaint for Damages and Demand for Jury Trial on August 24, 2026.

3. The Proof of Service provided to me by Bender's Legal Service, Inc. states that on August 27, 2026, at 11:14 a.m., process server Jorge Rivera personally delivered the Summons and Complaint for Defendant Point Digital Finance, Inc. to CT Corporation, Defendant's agent for service of process, by serving Angelica Bautista, Intake Specialist, at 330 N. Brand Blvd., Suite 700, Glendale, California 91203.

4. The Proof of Service is dated August 28, 2026 and is signed by the process server under penalty of perjury.

5. Based on service on August 27, 2026, Defendant's 21-day period to respond under Federal Rule of Civil Procedure 12(a)(1)(A)(i) expired on September 17, 2026.

6. I reviewed the docket in this action before filing this Request. As of the time of filing, Defendant has not filed an answer, a motion under Federal Rule of Civil Procedure 12, or another response to the Complaint, and I am not aware of any order or stipulation extending Defendant's response deadline.

7. Defendant therefore has not pleaded or otherwise defended this action within the time provided by the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2026, in Port St. Lucie, Florida.

/s/ Nick Miletak__________

Nick Miletak
Plaintiff, Pro Se
256 Southwest Ridgecrest Drive
Port St. Lucie, Florida 34953
Email: nmiletak@msn.com
Telephone: 408-533-5689

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2026, I served a true and correct copy of the foregoing Request for Clerk's Entry of Default and supporting Declaration on Defendant Point Digital Finance, Inc., through its registered agent, CT Corporation, 330 N. Brand Blvd., Suite 700, Glendale, CA 91203, by United States Mail.

/s/ Nick Miletak

Nick Miletak
Plaintiff, Pro Se
256 Southwest Ridgecrest Drive
Port St. Lucie, Florida 34953
Email: nmiletak@msn.com
Telephone: 408-533-5689

Nick Miletak
256 SW Ridgecrest Drive
Port Saint Lucie, FL 34953

Retail

RDC 99

34950

U.
FC
PC
SE
$
S2

RECEIVED
SEP 24 2026
CLEARED X-RAY

Alto Lee Adams Sr. U.S. Courthouse
101 South U.S. Highway #1 Room #1016
Fort Pierce, Florida 34950

